In the Matter of the Claim of MARY WALSH, as Administratrix of the Estate of MILDRED D. GRAVES, Deceased, and as Guardian of JOAN GRAVES, an Infant, Respondent, against TIDEWATER OIL SALES COMPANY et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.—

All concur.